

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-5-2011

# Nicole Schneyder v. Gina Smith

Precedential or Non-Precedential: Precedential

Docket No. 10-2367

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Nicole Schneyder v. Gina Smith" (2011). *2011 Decisions.* Paper 598.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/598

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-2367
_____

NICOLE SCHNEYDER

v.

GINA SMITH,
Appellant

v.

LAURA DAVIS, ESQUIRE;
THE DEFENDER ASSOCIATION OF PHILADELPHIA

On Appeal from the United States District Court
for the Eastern District of Pennsylvania

District Court No. 2-06-cv-04986

District Judge: The Honorable Jan E. Dubois

_____

Argued January 26, 2011

Before: McKEE, *Chief Judge*, SMITH, *Circuit Judge*,
and STEARNS, *District Judge*[*]

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the concurrence filed on July 29, 2011,

is hereby vacated. A corrected concurrence shall be filed forthwith. There are no

substantive changes to the concurrence.

_____

[*] The Honorable Richard G. Stearns, United States District Judge for the District of Massachusetts, sitting by designation.

BY THE COURT:


/s/ Theodore A. McKee
CHIEF CIRCUIT JUDGE


Dated:  August 5, 2011
tmk/cc: Daniel Silverman, Esq.
   Peter Carr, Esq.
   Alison J. Guest, Esq.
   Todd M. Mosser, Esq.
   Joseph Goldberg, Esq.
   Michael B. Pullano, Esq.